# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF: ) | |
| ) | **ORDER GRANTING MOTION** |
| The premises located at 8571 39th Street ) | **TO SEAL** |
| Northwest, New Town, North Dakota, including ) | |
| the residual building and attached garage, and ) | Case No. 4:14-mj-044 |
| all vehicles on the premises. ) | |

On motion of the Government and for the reasons stated in support of its motion, it is **ORDERED** that the Search Warrant and Application and Affidavit for Search Warrant, with attachments, including the Affidavit of Special Agent Chad T. Coulter, Federal Bureau of Investigation, Search Warrant Return, and the Government's Motion to Seal, are sealed for a period of 60 days from the filing of the Search Warrant.

**IT IS SO ORDERED.**

Dated this 27th day of March, 2014.

*/s/ Charles S. Miller, Jr.*
Charles S. Miller, Jr., Magistrate Judge
United States District Court